IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOSÉ PACHECO,

    Plaintiff,

vs.                               No. CV 17-01250 WJ/KRS

GEO IN GUADALUPE
COUNTY IN SANTA ROSA NM,

    Defendant.

**ORDER TO CURE DEFICIENCY**

Plaintiff has submitted a civil rights complaint. The Court determines that Plaintiff's submission is deficient because Plaintiff has not paid the $400.00 filing fee or filed an Application to Proceed in District Court Without Prepaying Fees or Costs. Plaintiff must cure this deficiency within thirty (30) days from entry of this Order by ***either*** paying the full $400.00 civil filing fee ***or*** submitting an Application to Proceed in District Court Without Prepaying Fees or Costs including a certified copy of Plaintiff's inmate account statement for the 6-month period immediately preceding this filing. *See* 28 U.S.C. § 1915(a)(2). Failure to cure the designated deficiency within thirty (30) days from entry of this Order may result in dismissal of this action without further notice.

**IT IS, THEREFORE, ORDERED** that within thirty (30) days of entry of this Order, Plaintiff ***either*** pay the full $400.00 civil filing fee ***or*** submit an Application to Proceed in District Court Without Prepaying Fees or Costs that includes a certified copy of Plaintiff's inmate account statement for the 6-month period immediately preceding this filing; and the Clerk

is directed to mail to Plaintiff a copy of this order and 2 copies of an Application to Proceed in District Court Without Prepaying Fees or Costs with instructions.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE